IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
9:28 am, Mar 20, 2025
**JEFFREY P. COLWELL, CLERK**

Civil Action No. _____
(To be supplied by the court)

William S. Collier, Jr. _____ Plaintiff

v.

**Jury Trial requested:**
(please check one)
☒ Yes ____ No

Andre Stancil, Executive Director CDOC _____,

Lacy Monday, Director of Clinical and Correctional Services,

Pamela Dang, FCF Clinical Services, _____

Stephanie Aragon, FCF Clinical Services, _____

Barbra Franklin, FCF Clinical Services _____,

Julie Russell, Step III Grievance Responder    Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

___

**PRISONER COMPLAINT**

___

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

*Original form provided to inmate Collier 76298 on 3-20-25 at no charge by the CDOC Legal Access Program.*

### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

    William Collier DOC No. 76298 FCF P.O. Box 999 Cañon City, CO 81215
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

- ____ Pretrial detainee
- ____ Civilly committed detainee
- ____ Immigration detainee
- _X_ Convicted and sentenced state prisoner
- ____ Convicted and sentenced federal prisoner
- ____ Other: (*Please explain*) _____

### B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   Andre Stancil, Executive Director CDOC
(Name, job title, and complete mailing address)

1250 Academy Park Loop, Colorado Springs, CO 80910

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _x_ Yes ___ No (*check one*). Briefly explain:

Mr. Stancil is the Executive Director, and has the ultimate responsibility for Plaintiff and for the employees under him.

Defendant 1 is being sued in his/her ___ individual and/or _x_ official capacity.

Original form provided to inmate Collier 76298 on 3-20-25 at no charge by the CDOC Legal Access Program.

Original form provided to inmate Collier 76298 on 3-20-25 at no charge by the CDOC Legal Access Program.

Defendant 2:   Lacy Monday, Director of Clinical and Correctional Services
              (Name, job title, and complete mailing address)

1250 Academy Park Loop, Colorado Springs, CO 80910

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  _X_ Yes ___ No (*check one*). Briefly explain:

Ms. Monday as the Director of Clinical of and Correctional Services has the responsibility to ensure the medical professionals under her give the proper medical care to Plaintiff.

Defendant 2 is being sued in his/her ___ individual and/or _x_ official capacity.

Defendant 3:   Pamela Dang, Health Services Administrator, Fremont Correctional Facility
              (Name, job title, and complete mailing address)

P.O. Box 999, Cañon City, CO 81215

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  _X_ Yes ___ No (*check one*). Briefly explain:

Ms. Dang failed to properly supervise the health professionals under her and failed to adequately address Plaintiffs medical needs

Defendant 3 is being sued in his/her _x_ individual and _x_ official capacity.

Defendant 4:   Stephanie Aragon, Fremont Correctional Facility Clinical Services
              (Name, job title, and complete mailing address)

P.O. Box 999, Cañon City, CO 81215

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  _x_ Yes ___ No (*check one*). Briefly explain

Ms. Aragon failed to adequately address Plaintiff's medical needs.

Defendant 4 is being sued in his/her _x__ individual and _x_ official capacity.

Defendant 5:  Barbra Franklin, Nurse Practitioner, Fremont Correctional Facility
(Name, job title, and complete mailing address)

P.O. Box 999 Cañon City, CO 81215

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  _X_ Yes ___ No (*check one*).  Briefly explain:

Ms. Franklin failed to adequately address Plaintiff's medical needs, and was negligent in her duties to treat Plaintiff.

Defendant 5 is being sued in his/her X___ individual and _x_ official capacity.

Defendant 6:  Julie Russell, CDOC Step III Grievance Responder
1250 Academy Park Loop, Colorado Springs, CO 80910

Defendant 6 is being sued in his/her X___ individual and _x_ official capacity.

## C.  JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_x_  State/Local Official (42 U.S.C. § 1983)

____  Federal Official
As to the federal official, are you seeking:
___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

____  Other: (*please identify*) _____

## D.  STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

Original form provided to inmate Collier 76298 on 3-20-25 at no charge by the CDOC Legal Access Program.

Original form provided to inmate Collier 76298 on 3-20-25 at no charge by the CDOC Legal Access Program.

CLAIM ONE: <u>Medical was negligent in providing medical care to Plaintiff</u>

Claim one is asserted against these Defendant(s):
All Defendants listed

Supporting facts: Mr. Collier began to experience extreme pain and discomfort in his hip and groin area after transferring from Centennial Correctional Facility in November 2023 to Fremont Correctional Facility, where he is currently located. Mr. Collier submitted a Request for Sick Call to medical a few days later, and he was told he would be scheduled to see a provider to address his medical needs. After a month of having not been scheduled for an appointment, Mr. Collier submitted a second Request for Sick Call in December of 2023 to inquire when he would be scheduled for an appointment, as he was still experiencing extreme pain and discomfort. Again he was told via a kite that he was scheduled to see a medical provider and to keep checking the medical list for his appointment. An appointment was never scheduled for Mr. Collier, and in April of 2024, Mr. Collier submitted several more Requests for Sick Calls. Once again he was told he would be scheduled to see a provider, and after continuing to not be scheduled, Mr. Collier submitted a Step I Grievance on June 15, 2024, which was received on June 20, 2024 by the Grievance Coordinator. Per CDOC AR 850-04, a Step I Grievance must be responded to within 25 calendar days, however, Mr. Collier did not receive a response until October 05, 2024, or nearly four months after the AR states a grievance must be responded to. The response to the grievance from Ms. Pamela Dang stated that Mr. Collier needed to submit his grievance within 30 days of when he "knew or should have known of the facts giving rise to the grievance. However, Mr. Collier never stated any dates in his grievance, so there were no dates for Ms. Dang to reference. Ms. Dang further made no attempt to address Mr. Collier's medical issue. Following this grievance, Mr. Collier submitted a second Step I Grievance on October 29, 2024 regarding the same issue about his hip and groin, which was answered on November 24, 2024 by Ms. Stephanie Aragon. Again his issue regarding his medical needs were not adequately addressed. Mr. Collier also submitted several kites regarding his continued pain and did at that point have an appointment scheduled on November 08, 2024 and was seen by Ms. Barbra Franklin. She informed Mr. Collier that he would be scheduled for a

5

medical day trip regarding his right hip, however to date, this has not happened. Mr. Collier submitted a Step II Grievance on December 08, 2024 that his medical needs still had not been addressed, that he was still experiencing extreme pain and discomfort in his hip and groin area. On January 01, 2025, Ms. Pamela Dang responded to Mr. Collier's Step II Grievance, however, she did not address his medical needs. On January 29, 2025, Mr. Collier filed a Step III Grievance, which was answered on February 24, 2025. This grievance was denied on the grounds that Mr. Collier did not state a remedy for which relief could be granted. Mr. Collier takes exception to this and feels that by asking how long he had to live with the pain he was experiencing in his hip and groin, that he was in essence requesting and stating that he was in pain and needed to be seen by medical staff.

Mr. Collier feels that the acts or statements of prison personnel directly demonstrates an indifference or hostile attitude towards inmates medical needs. Such conduct may include denial or delay of access to treatment or interference with access to medical personnel to deal with the inmate's problem in a timely manner.

### E.   PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _x_ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): _____

Docket number and court: _____

Claims raised: _____

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) _____

Reasons for dismissal, if dismissed: _____

Original form provided to inmate Collier 76298 on 3-20-25 at no charge by the CDOC Legal Access Program.

Result on appeal, if appealed: _____

F.  **ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

　　_x_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

　　_x_ Yes ___ No (*check one*)

G.  **REQUEST FOR RELIEF**
*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

Mr. Collier is requesting to immediately be treated for his ailments, as well as compensatory damages as this Court deems fit. Mr. Collier believes $ 5,000 a month from January 2024 to be a reasonable amount. Mr. Collier requests a refund of this complaint in the event that this Court grants this 1983. Mr. Collier requests an evaluation be completed to determine why his medical needs were never addressed, as well the potential physical damages he incurred as a result of FCF Medical's negligence. Mr. Collier would like to be able to access the Court in the event that he is retaliated against. Mr. Collier is requesting a corrective evaluation of the medical process that

Original form provided to inmate Collier 76298 on 3-20-25 at no charge by the CDOC Legal Access Program.

## AUTHORIZATION

I, William S Collick, request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with this civil action and I understand that the total filing fee of $350.00 is due and will be paid from my inmate trust fund account or institutional equivalent regardless of the outcome of this case.

Prisoner Name (please print): William S Collick Jr

Prisoner Signature: [signature]

Original form provided to inmate Collier 76298 on 3-20-25 at no charge by the CDOC Legal Access Program.

Original form provided to inmate Collier 76298 on 3-20-25 at no charge by the CDOC Legal Access Program.

CDOC medical uses to collect, record, and respond to each individuals medical kites. Mr. Collier is requesting that medical establishments in CDOC always maintain adequate medical staff to properly address inmates' medical needs.

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

3-20-2025
_____
(Date)

(Revised November 2022)

COLORADO DEPARTMENT OF CORRECTIONS
LEGAL ACCESS PROGRAM

# REQUEST FOR PRISONER ELECTRONIC SCANNING (PEF) | COVER PAGE

INCOMPLETE FORMS WILL BE DENIED.     TODAY'S DATE: 3-20-2025

LAST NAME: Collier    FIRST INITIAL: W    DOC#: 76298

FACILITY: F.C.F.    HOUSING UNIT: 6 up    TIER: B    CELL: 18

## STATE THE TYPE OF DOCUMENT BEING SENT:

☒ 42 USC §1983 INITIAL **COMPLAINT** (FORM=6 PGS.)  TOTAL PGS. BEING SENT: 8

☒ 28 USC §1915 **INFORMA PAUPERIS 1983 COMPLAINT** (FORM=4 PGS) TOTAL PGS. BEING SENT: ⌀

☐ 28 USC §2241 **APPLICATION FOR A WRIT OF HABEAS CORPUS** (FORM=4PGS) TOTAL PGS. BEING SENT: _____

☐ 28 USC §2254 **APPLICATION FOR A WRIT OF HABEAS CORPUS** (FORM=6PGS) TOTAL PGS. BEING SENT: _____

☐ 28 USC §2255 **APPLICATION FOR A WRIT OF HABEAS CORPUS** (FORM=5 PGS) TOTAL PGS. BEING SENT: _____

☐ 28 USC §1915 **INFORMA PAUPERIS FOR HABEAS** (FORM=2PGS) TOTAL PGS. BEING SENT: _____

☐ Other, please list document(s) here with page number for each document:

Prisoner Complaint

*OFFENDER MUST PROVIDE COURT ORDER TO CURE DEFICIENCIES TO LEGAL ASSISTANT
☐ CHECK HERE IF THIS IS AN AMENDED COMPLAINT _____
☐ CHECK HERE IF THIS IS IN RESPONSE TO CURE DEFICIENCY _____

OFFENDER SIGNATURE: [signature]
(Sign on this line)

**DO NOT WRITE BELOW THIS LINE**
Date Request Received: MAR 20 2025    Facility Law Library: FCF    Legal Assistant's Initials: CdL
TOTAL PAGES WITH THIS FAX, INCLUDING THIS COVER PAGE: 10 pgs

Your request has been **DENIED**: _____ in whole _____ in part for the following reason(s):
___ Your request form was not properly completed (Missing required signature, last name, first initial, full cell location, facility, unit, tier, cell, DOC #, date, etc.)
___ The material you have submitted does not meet program definitions of legal material, as described in AR 750-01.
___ Your PEF request exceeds the page limit established by the Legal Access Program (see attached). Also see posted PEF policies.
___ You have not submitted the documents to be scanned.
___ The Legal Access Program will not allow scanning/transmission of ARs, IAs, OMs, case law, statutes, court rules, session laws, or material contained in the law library, even as attachments/exhibits. (Exception for non-published case law to be attached to a pleading.)
___ The Legal Access Program will not allow scanning/transmission of transcripts, electronic or paper media, including but not limited to transcripts, court records, and discovery from courts or attorneys, incomplete documents, altered documents, and/or blank forms.
___ The Legal Access Program will not allow scanning/transmission of non-original documents, previously-copied/scanned documents, incoming correspondence, or documents (account statements, mittimus, etc.), grievances, COPD appeals; except as exhibits attached to an original pleading being filed with the court. Your pleading must include a statement referring to the attached exhibits in order for them to be scanned/transmitted.
___ The Legal Access Program will not allow scanning/transmission of documents which have any substance on them (such as dirt, food, coffee, hair, bodily secretions, glue, tape, toothpaste, etc.
___ Documents containing UCC/Sovereign citizen statements or signatures will not be allowed to be scanned/transmitted.
___ You may bring your request into compliance and resubmit.
Other _____

METER END: _____    MINUS (-) METER BEGIN: _____    EQUALS (=) TOTAL ADMIN COPIES: _____