THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00902-GPG-SBP

WILLIAM SWAIN COLLIER JR. Plaintiff,

v.

PAMELA DANG, Health Services Administrator, Fremont Correctional Facility Clinical Services

STEPHANIE ARAGON, Nurse III, Fremont Correctional Facility Clinical Services

BARBARA FRANKLIN, Nurse Practitioner, Fremont Correctional Facility Clinical Services

Defendant(s)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC -8 2025
JEFFREY P. COLWELL
CLERK

---

### MOTION TO ADVISE AND REQUEST ASSISTANCE BY THE COURT

---

COMES NOW, Plaintiff William Swain Collier, to advise this Honorable Federal Court and the Colorado Attorney General, that one of the Defendant(s) named in his Amended Prisoner Complaint filed on September 2nd, 2025, has now regretfully past away (Deceased) is Defendant Pamela Dang, Department of Corrections (#18752).

Plaintiff Collier requests that this Honorable United States District Court, and the Honorable Presiding Judge to inform him on how things should be or how the Court will proceed from this point on.

Plaintiff Collier states that on September 25th, 2025, Plaintiff filed with the United States District Court a motion (Motion to Introduce Documentation (Discovery) into the Record). This Motion showed all of Plaintiff Collier's Documentation, facts, issues, arguments and conclusion(s) pertaining to Plaintiff Collier's Prisoner Complaint. Plaintiff Collier feels that all his issue(s) are well established in the form of Documentation and Record. Now, Plaintiff Collier asks this Court, to Request that any hearing(s) from this point on, may only need a Representative of and from the Insurance Provider, sthat Defendant H.S.A. Pamela Dang must have had and maintained according to the Laws of the State of Colorado for Medical Provider(s), and to hold the position of Health Services Administrator. Plaintiff Collier is not privy to of this type of information, nor is he allowed to be. At the same time, he has no idea of what State

Agency holds and maintains this type of information, that is required of all Registered State Medical Professionals.

Not long ago, Health Services Administrator Pamela Dang was released of her duties of Health Services Administrator, and was re-assigned to a Nurse III, at the Fremont Correctional Facility Clinical Services.

Plaintiff Collier requests assistance in this matter and how things may progress.

Plaintiff also states with this motion, I am also informing the Colorado Attorney General, that I did file a motion (Packet) of: Motion To Introduce Documentation (Discovery) Into the Record.

On or about September 24th, 2025, I may have been required to send this motion (Packet) to the Colorado Attorney General handling this Civil Case #25-cv-00902-GPG-SBP. Plaintiff Collier is guilty of Limited Financial Resources! (Note: during this time the United States District Court, the Fax Machine at the Fremont Correctional Facility Law Library is (Out of service) and is going to be replaced, Hopefully real soon).

C.R.S. §21-2-103 states an incarcerated person is presumed indigent, **MCCALL v. DISTRICT COURT,** 783 P.2d 1223, 1227 Colo. 1987. Also:

**TRACKWELL v. UNITED STATES,** 472 F.3d 1242, 1243 (10th CIR. 2007) Plaintiff proceeds (Pro SE) and requests that the Court hold him to a less stringent standard than those drafted by Attorney(s).

## CERTIFICATE OF SERVICE

I William Swain Collier Jr., Plaintiff of Civil Action No. 25-cv-00902-GPG-SBP, certify that on this 3rd day of December 2025, that a true and correct copy of the above and foregoing Motion To Advise And Request Assistance By The Court, was deposited in the U.S. Mail, postage pre-paid and addressed to the following:

United States District Court  
Alfred A. ARRAJ Courthouse  
901 19th Street, Room A-105  
Denver, Colorado  
80294-3589  

Colorado Attorney General  
Phil Weiser – Attorney General  
1300 Broadway Street  
Denver, Colorado  
80204  

Respectfully submitted,

*[signature]*
William Swain Collier Jr. #76298

Fremont Corr Facility
Colorado Department of Corrections

Name William S Collier Jr
Register Number 76298
Unit 6 up 13-18
Box Number 999
City, State, Zip Cañon Colo 81215

Civil #
25-cv-00902-GPG-SBP

DENVER CO 802
5 DEC 2025 PM 4 L

80294-250151

To United States District Court
Alfred A. Arraj Courthouse
901 19th Street, Room A-105
Denver Colorado 80294-3589

